BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation
General Litigation & Appeals Section

IAN S. LAM
Trial Attorney
DC Bar No. 90017495
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: Ian.S.Lam@usdoj.gov
Telephone: (202) 307-6329

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Giovanny Garcia,<br><br>   Plaintiff,<br><br>  v.<br><br>Marco Rubio, *et al.*,<br><br>   Defendants. | Case No. 2:25-cv-01036-JCM-DJA<br><br>**Stipulation and Order to Extend Time to Answer**<br><br>**(First Request)** |

  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendants (the "Parties"), through undersigned counsel, hereby stipulate and agree as follows:

  Plaintiff filed their Complaint for a Writ of Mandamus and relief under the Administrative Procedure Act on June 12, 2025. ECF No. 1.

  Plaintiff served Defendants with a copy of the Summons and Complaint via certified mail on or around July 11, 2025.

1  The current deadline for Defendants to respond to Plaintiff's Complaint is September 9, 2025.

2  On September 4, 2025, undersigned counsel for the Parties agreed to a 30-day extension of time for Defendants to (1) continue reviewing the Complaint and related materials and (2) determine how best to proceed in this action. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A).

3  Accordingly, the Parties, through undersigned counsel, stipulate to a 30-day extension, from September 9, 2025, to **October 9, 2025**, for Defendants to file a response to the Complaint. This is Defendants' first request for an extension of time.

4  This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 8th day of September 2025.

| | |
|---|---|
| */s/ Hardeep Sull (with permission)*<br>HARDEEP SULL, ESQ.<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89133<br>(702) 953-9500<br>dee@sullglobal.com<br><br>*Counsel for Plaintiff* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>SAMUEL P. GO<br>Assistant Director<br><br>*/s/ Ian S. Lam*<br>IAN S. LAM<br>Trial Attorney<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/10/2025