HARDEEP SULL, ESQ.
Sull & Associates, PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
(702) 953-9500
dee@sullglobal.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Giovanny Garcia,<br><br>           Plaintiff,<br><br>    v.<br><br>Marco Rubio, *et al.*,<br><br>           Defendants. | Case No. 2:25-cv-01036-JCM-DJA<br><br>**Second Stipulation and Order to Extend Time to Answer and Respond** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendants (the "Parties")*,* through undersigned counsel, hereby stipulate and agree as follows:

Defendants filed their Motion to Dismiss Complaint on November 25, 2025. ECF No. 15.

The current deadline for Plaintiffs to respond to Defendants' Motion is January 5, 2026. The current deadline for the Defendants to respond to Plaintiff's response is January 20,2026.

On December 29, 2025, undersigned counsel for the Parties agreed to a 60-day extension of time for Plaintiffs to (1) continue reviewing the Motion to Dismiss and related materials and (2) determine how best to proceed in this action. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Parties, through undersigned counsel, stipulate to a 60-day extension, from January 5, 2026, to **March 6, 2026**, for Plaintiff to file a response to the Motion to Dismiss the Complaint. After which, the Parties stipulate that the Defendants'

response deadline will be extended from January 20, 2026 to **March 23, 2026**. This is

Plaintiffs' second request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 29th day of December 2025.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation
General Litigation & Appeals Section

*/s/ Ian Lam*
IAN S. LAM
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: Ian.S.Lam@usdoj.gov
Telephone: (202) 307-6329

*Counsel for Defendants*

*/s/ Hardeep Sull*

HARDEEP SULL, ESQ.

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

**DATED:** December 31, 2025

2