HARDEEP SULL, ESQ.
Sull & Associates, PLLC
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89141
(702) 953-9500
dee@sullglobal.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Giovanny Garcia,<br><br>      Plaintiff,<br><br>  v.<br><br>Marco Rubio, *et al.*,<br><br>      Defendants. | Case No. 2:25-cv-01036-JCM-DJA<br><br>**First Stipulation and Order to Extend Time to Supplemental Briefing** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendants (the "Parties"), through undersigned counsel, hereby stipulate and agree as follows:

Defendants filed their Motion to Dismiss Complaint on November 25, 2025. ECF No. 15.

On March 6,2026, Plaintiffs responded to the Motion to Dismiss Complaint. ECF No.20.

On March 23, 2026, Defendant's replied to Plaintiff's Opposition. ECF No.21. On April 17, 2026, the Court issued an order for supplemental briefing on equitable tolling. ECF. No. 22. Plaintiff has requested an additional 14 days to file Plaintiffs supplemental brief due to two deaths in the family.

Defendants' do not oppose Plaintiff's request for an extension of up to 14 days to file Plaintiff's supplemental brief on the issue of equitable tolling. The Parties agree that Defendants will have up to 14 days to respond to Plaintiff's supplemental brief (the Court's order currently provides for a response within 7 days) because counsel for Defendants has

potential scheduling conflicts in the month of May. Defendants will endeavor to file their response as soon as practicable.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 1st day of May 2026.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation
General Litigation & Appeals Section

*/s/ Ian S. Lam*
IAN S. LAM
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: Ian.S.Lam@usdoj.gov
Telephone: (202) 307-6329

*Counsel for Defendants*

*/s/ Hardeep Sull*

HARDEEP SULL, ESQ.

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:**    May 4, 2026

2