BRETT A. SHUMATE
Assistant Attorney General
Civil Division
VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel
Office of Immigration Litigation
JAMES A. HURLEY
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: james.hurley@usdoj.gov
Telephone: (202) 305-1889

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Giovanny Garcia,

Plaintiff,

v.

Marco Rubio, *et al.*,

Defendants.

Case No. 2:25-cv-01036-JCM-DJA

**~~Stipulation and~~ Order to Extend Time to Answer First Amended Complaint**

**(Second Request)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendants (the "Parties"), through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his First Amended Complaint on August 28, 2026. ECF No. 33.

Pursuant to Federal Rules of Civil Procedure 15(a), the current deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint is September 11, 2026.

An extension of time is necessary for the following reasons:

a. Undersigned Government counsel entered his appearance on July 23, 2026, after responsibility for this case was reassigned pending the imminent departure of original Government counsel, Mr. Ian Lam. *See* ECF No. 30.

b. On August 7, 2026, this Court ordered that Plaintiff file his Amended Complaint by August 28, 2026. *See* ECF No. 31.

c. Undersigned Government counsel was on previously-scheduled leave from August 5, 2026 through August 14, 2026.

d. On August 28, 2026, Plaintiff filed his Amended Complaint. ECF No. 33.

e. On September 3,2026, Plaintiff filed his Notice of Errata. ECF No.35.

f. Within the past two weeks, undersigned Government counsel has devoted substantial efforts in drafting the Government's answering brief in *Tenorio-Gonzalez v. Blanche*, 25-5930 (9th Cir.), due September 9, 2026. In addition to other litigation responsibilities, Government counsel is currently responsible for monitoring five mandamus cases in the Central District of California, and counsel filed a joint status report and a notice of mootness within the past two weeks. Undersigned Government counsel is also counsel in *J.Z., et al. v. DHS, et al.*, 1:26-cv-01510-AHA (D.D.C.), a case involving the opposition to motions for a preliminary injunction and class certification currently pending in the District of Columbia. Undersigned counsel devoted substantial effort in defending the case, including working with agency counsel in compiling and producing the administrative record, currently scheduled to be produced on September 16, 2026.

Despite Government counsel's best efforts, the response in this matter cannot reasonably be completed and reviewed by a supervisor and the client agency prior to the current September 11, 2026 deadline. Reassignment of the case is not reasonably possible due to similar professional and personal commitments of other attorneys in counsel's office.

On September 9, 2026, undersigned counsel for the Parties agreed to a 30-day extension of time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Parties, through undersigned counsel, stipulate to a 30-day extension, from September 11, 2026, to **October 13, 2026**[1], for Defendants to answer or otherwise response to Plaintiff's First Amended Complaint. This is Defendants' second request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 9th day of September 2026.

*<u>/s/ Hardeep Sull (with permission)</u>*
HARDEEP SULL, ESQ.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
(702) 953-9500
dee@sullglobal.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel

*<u>/s/ James A. Hurley</u>*
JAMES A. HURLEY
Trial Attorney

*Counsel for Defendants*

**IT IS SO ORDERED:**



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2026

[1] October 11, 2026, thirty days from September 11, 2026, falls on a Sunday, and Monday, October 12, 2026, is a federal holiday.