HARDEEP SULL
SULL AND ASSOCIATES, PLLC
Attorney
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
E-mail: dee@sullglobal.com
Telephone: (702) 403-4545

*Counsel for Respondent*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Giovanny Garcia,<br><br>Plaintiff,<br><br>v.<br><br>Marco Rubio,[1]<br><br>Defendant. | Case No. 2:25-cv-01036-JCM-DJA<br><br>**Order Granting Stipulation to Extend Time to Opposition to Motion to Dismiss (First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendant (the "Parties"), through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his First Amended Complaint on August 28, 2026. ECF No. 33. On, October 13,2026, Defendants filed a Motion to Dismiss. ECF No 42.

Pursuant to Federal Rules of Civil Procedure 15(a), the current deadline for Plaintiff to answer or otherwise respond to Defendant's Motion to Dismiss is October 27,2026.

On October 20, 2026, undersigned counsel for the Parties agreed to a 45-day extension of time for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint. The standard for extending time is good cause.[1] *See* Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Parties, through undersigned counsel, stipulate to a 45-day extension, from October 27, 2026, to **December 11, 2026**, for Plaintiff to answer or otherwise

[1] Plaintiff's Counsel has been dealing with health issues.

respond to Defendant's Motion to Dismiss. This is Plaintiff's first request for an extension of time to respond to the Motion to Dismiss.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 27h day of October 2026.

*/s/ Hardeep Sull*
HARDEEP SULL, ESQ.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
(702) 953-9500
dee@sullglobal.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

VICTOR M. MERCADO-SANTANA
Senior Litigation Counsel

*/s/ James A. Hurley (with permission)*
JAMES A. HURLEY
Trial Attorney

*Counsel for Defendant*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 28, 2026